IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AVNET, INC.                                                              PLAINTIFF

vs.                           NO.   6:10-cv-06101-RTD

DATACOM SYSTEMS, INCORPORATED                                            DEFENDANT
d/b/a DATACOM

## CONSENT JUDGMENT

Based upon the agreement of Plaintiff/Counter Defendant, Avnet, Inc. ("Avnet"), and Defendant/Counter Claimant, DataCom Systems, Incorporated d/b/a DataCom ("DataCom"), and for good cause shown, the Court, being sufficiently advised, hereby finds and rules as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332 and *in personam* jurisdiction over the parties. Venue also is proper in this Court.

2. Judgment should be and is hereby entered on Avnet's breach of contract claim against DataCom in the total amount of $90,000.00.

3. DataCom's claims against Avnet for breach of contract, unjust enrichment, and tortious interference with a contractual relationship or business expectancy should be and are hereby dismissed with prejudice.

4. DataCom waives all rights of appeal from this Consent Judgment.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Avnet have judgment against DataCom in the total amount of $90,000.00, and DataCom shall pay the total amount of the judgment in full on or before the expiration of six (6) months from the date of this Consent Judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that DataCom's claims against Avnet for breach of contract, unjust enrichment, and tortious interference with a contractual relationship or business expectancy are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to Ark. Code Ann. § 16-66-221, DataCom shall within forty-five (45) days of entry of this Judgment prepare and file with the Clerk of this Court a schedule, verified by affidavit, of all its property, both real and personal, including monies, bank accounts, rights, credits, and choses in action held by it or others for it and specify the particular property which it claims as exempt under the provisions of law.

IT IS SO ORDERED THIS 6 DAY OF ~~JANUARY~~ February, 2012.

_____
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 0 6 2012

CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

Approved as to form and content:

MITCHELL, WILLIAMS, SELIG
GATES & WOODYARD, P.L.L.C.
5414 Pinnacle Point Drive, Suite 500
Rogers, AR 72758
Telephone:   (479) 464-5650
Facsimile:   (479) 464-5680
mney@mwlaw.com
jgarrett@mwlaw.com

By: _____
Marshall S. Ney, Ark. Bar No. 91108
Jenny T. Garrett, Ark. Bar No. 2008034
*Attorneys for Avnet, Inc.*

-AND-

SANDERS LAW FIRM, P.A.
1501 Airport Road
Hot Springs, AR 71913
Telephone: (501) 760-7104
msand9190@sbcglobal.net

By: /s/ Michael E. Sanders
Michael E. Sanders, Ark. Bar No. 97216
*Attorneys for Defendant, DataCom Systems,
Incorporated d/b/a DataCom*